**Jose Rafael TINEO, Appellant,**

v.

**Constance C. REESE, Appellee.**

No. 01–3320.

United States Court of Appeals,
Eighth Circuit.

Submitted March 6, 2002.

Filed March 8, 2002.

Before WOLLMAN, FAGG, and MORRIS SHEPPARD ARNOLD, Circuit Judges.

PER CURIAM.

Jose Tineo appeals the district court's [1] denial of his 28 U.S.C. § 2241 petition, in which he sought to raise a challenge under

tions of the Honorable Susan Richard Nelson, United States Magistrate Judge for the District of Minnesota.

*Apprendi v. New Jersey,* 530 U.S. 466, 120 S.Ct. 2348, 147 L.Ed.2d 435 (2000). For the reasons stated by the district court, the judgment is affirmed. *See* 8th Cir. R. 47B.